UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-246-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ANDREW JAMES NELSON,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above-captioned case for **Friday, January 28, 2011, at 11:00 a.m.**

      Dated:  November 3, 2010