UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   03-cr-00246-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ANDREW JAMES NELSON,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      At the supervised release violation hearing that occurred on Friday, January 28, 2011, at 11:00 a.m., the defendant was sentenced to a term of **TIME SERVED** and the U.S. Marshal's Service is directed to release the defendant immediately from custody, subject to the existence of any other writs, warrants, or legal holds.

      Dated:   January 28, 2011.